UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHLAND RADIOLOGY INC.,

   Plaintiff, and

CORNERRA DOZIER,

   Consolidated Plaintiff,                 Case No. 20-cv-11091
                                                            Hon. Matthew F. Leitman

v.

GREYHOUND LINES, INC.,

   Defendant.

_____/

## ORDER (1) GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART PLAINTIFF'S MOTION TO AMEND/CORRECT (ECF No. 1), (2) REFERRING MATTER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE, AND (3) STAYING DEADLINE FOR RESPONSES TO AMENDED COMPLAINTS UNTIL FURTHER ORDER OF THE COURT

On April 20, 2021, the Court held a hearing on consolidated Plaintiff Dozier's Motion to Amend/Correct. (ECF No. 11.) In that motion, Dozier sought leave to file an Amended Complaint. For the reasons stated on the record, the motion is **GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE**. The motion is **GRANTED** to the extent Dozier seeks leave to file an Amended Complaint adding National Fire and Insurance as the PIP carrier. The motion is **DENIED WITHOUT PREJUDICE** to the extent Dozier seeks a ruling that the

1

Amended Complaint relates back to the filing of the original Complaint. The Court will address the relation-back issue later in this action as appropriate.

As further stated on the record, Plaintiff Northland Radiology Inc., may file an Amended Complaint adding National Fire and Insurance as the PIP carrier. The Court will address whether Northland Radiology's Amended Complaint relates back to its original Complaint later in this action as appropriate.

Dozier and Northland Radiology Inc. shall file their Amended Complaints by **no later than May 3, 2021.**

No Defendant shall answer or otherwise respond to the Amended Complaints until further order of the Court.

Finally, this action is referred to the assigned Magistrate Judge for a settlement conference. If the settlement conference is unsuccessful, then the Court will convene a status conference to discuss the filing of responses to the Amended Complaints.

**IT IS SO ORDERED**.

Dated: April 21, 2021

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2021, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda  
                                      Case Manager  
                                      (810) 341-9761