UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHLAND RADIOLOGY INC.,

   Plaintiff, and

CORNERRA DOZIER,

   Consolidated Plaintiff,           Case No. 20-cv-11091
                                                    Hon. Matthew F. Leitman

v.

GREYHOUND LINES, INC.,

   Defendant.

_____/

## ORDER CONCERNING CERTAIN OUTSTANDING OBJECTIONS, DEFENDANTS' MOTION TO DISMISS, AND SETTLEMENT CONFERENCE AND SCHEDULING

On July 28, 2021, the Court held a hearing during which it addressed a pending motion, two pending objections, and issues related to settlement and scheduling. For the reasons stated on the record, IT IS HEREBY ORDERED as follows:

1. The Court TAKES UNDER ADVISEMENT Defendants' Motion to Dismiss (ECF No. 39). If this action does not settle at the to-be-scheduled settlement conference, the Court will conduct an evidentiary hearing concerning the facts and circumstances surrounding Plaintiff's alleged failures to appear for, and reasonably participate in, a neuropsychological IME. Following that evidentiary hearing, the Court will rule on the motion.

2. The Court SUSTAINS Plaintiff's Objection (ECF No. 29) to Magistrate Judge Anthony Patti's March 26, 2021, Order. Plaintiff shall not be required to pay fees or costs pursuant to the March 26, 2021, order.

3. The Court OVERRULES IN PART AND SUSTAINS IN PART Plaintiff's Objections (EFC No. 61) to Defendants' Sworn Statement of Expenses (ECF No. 47). Plaintiff shall pay to Defendants a total of $5000 (five thousand dollars) in expenses rather than the $10,481 sought in the Sworn Statement. Plaintiff shall make the $5000 payment not less than thirty days after conclusion of the to-be-scheduled settlement conference.

4. Plaintiff and her counsel shall personally appear at a settlement conference to be scheduled by the Court. A representative of Defendants with full settlement authority and defense counsel shall also appear at the conference.

5. This action is STAYED pending completion of the settlement conference. If this action does not settle at the conference, the Court will work with the parties to set new dates and new deadlines for responses to pending motions, objections, etc. There shall be no additional filings until the conclusion of the settlement conference.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 28, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764